FILED

2005 JAN 27 P 12: 27

U.S. DISTRICT COURT
BRIDGEPORT. CONN.

UNITED STATES DISTRICT COURT
DISTRICT COURT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.3:01CR207 (SRU) |
| v. | : | |
| LOUIS A. TELESFORD | : | JANUARY 25, 2005 |

## DEFENDANT'S MOTION FOR RETURN OF PROPERTY

Louis Telesford, M.D., defendant in the above captioned matter respectfully requests that the Court order the release of his property, specifically a United States Passport, currently held by the Clerk, United States District Court. In support thereof, the undersigned states:

1) Sentencing occurred on August 27, 2003.

2) Defendant was released from incarceration/half-way house on or about January 15, 2005.

3) On January 18, 2005, the undersigned received an advisory notice from the Court (see attached Exhibit "A") that defendant's USA Passport would be destroyed absent a motion for return of property being filed on or by January 28, 2005.

4) Defendant is desirous of having his USA Passport returned in lieu of destruction.

WHEREFORE, Counsel for Louis Telesford, M. D. respectfully requests that the Court give favorable consideration to his Motion for Return of Property, granting same.

Neither this nor a similar Motion has been previously filed in this matter. The prosecuting authority, Assistant United States Attorney Peter A. Clark and Jonathan Biran, have no objection to the granting of this Motion.

Alexander Scheirer, Esq.
Counsel for the Defendant
Louis A. Telesford
Fed. Bar No. ct02107

**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

KEVIN F. ROWE
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

LORI INFERRERA
DEPUTY-IN-CHARGE
NEW HAVEN

January 18, 2005

Alexander Scheirer
Scheirer & Geller
2519 Whitney Ave.
Hamden, CT 06518

Re:  3:01cr207(SRU)
     USA v Louis Telesford

Dear Counselor:

   Inasmuch as the above-entitled case has been disposed of in this court, I am requesting that you file a motion for return of property by __01/28/2005__ for the following items:

**USA Passport**

   Any objection to the return of this property shall be filed by __02/04/2005__.

   If no motion or objection has been filed by __02/11/2005__, the property will be disposed of accordingly.

Kevin F. Rowe, Clerk

By _____
   Deputy Clerk

cc: AUSA

EXHIBIT "A"

## CERTIFICATION

The undersigned hereby certifies that copies of the preceding Motion has been mailed to the following counsel of record on this 25th day of January, 2005.

Peter A. Clark, Esq.
Jonathan Biran, Esq.
Assistant United States Attorney
District of Connecticut
Office of the United States Attorney
PO Box 1824
New Haven, CT  06508

_____
Alexander Scheirer, Esq.
Counsel for the Defendant,
Louis A. Telesford